UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 6:04-cr-104-JA-LHP-2

BENNIE C. RIVERA

## ORDER

Before the Court is Defendant Bennie C. Rivera's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. 389; Doc. 390). Rivera seeks a sentence reduction under Amendment 821 to the Sentencing Guidelines, which applies to certain zero-point offenders and limits the use of status points. *See United States v. Arroyo-Mata*, 730 F. Supp. 3d 1323, 1323 (N.D. Ga. 2024) (stating that Amendment 821 "provides a two-offense level reduction for defendants with zero criminal history points"); *see also United States v. Vente-Orobio*, No. 19-20042-CR, 2024 WL 1016110, at *2 (S.D. Fla. Mar. 8, 2024).

The Federal Public Defender, who was appointed for this proceeding, submits a memorandum (Doc. 394) detailing that Rivera is ineligible for a sentence reduction because he "was sentenced to the lowest permissible sentence." (*Id.* at 2). Indeed, the Court has previously rejected one of Rivera's motions for a sentence reduction "because he was sentenced at the mandatory

minimum." (Doc. 338); *see United States v. Aguilar*, No. 17-80177-CR, 2024 WL 3939006, at *5 (S.D. Fla. Aug. 6, 2024) (explaining that "the Court may not reduce a defendant's sentence under 18 U.S.C. § 3582(c)(2) below the statutory mandatory minimum sentence for an offense as a result of an amendment" (citing U.S.S.G. § 1B1.10 cmt. n.1(A))), *report and recommendation adopted,* No. 17-80177-CR, 2024 WL 3936064 (S.D. Fla. Aug. 26, 2024). Furthermore, the United States Probation Office notes that Amendment 821 is inapplicable to Rivera because he "was assessed one or more criminal history points and was not assessed status points." (Doc. 391 at 2).

Thus, Rivera's motion for a sentence reduction (Doc. 389; Doc. 390) is **denied**.

**DONE** and **ORDERED** on September 24, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Bennie C. Rivera
Counsel for Defendant